**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: WALKER, MICHEAL LEWAYNE       § Case No. 09-75464
                                     §
                                     §
                                     §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $22,110.00 *(without deducting any secured claims)* | Assets Exempt:  $12,400.00 |
| Total Distribution to Claimants: $6,949.25 | Claims Discharged Without Payment:  $117,538.24 |
| Total Expenses of Administration: $5,152.95 | |

    3) Total gross receipts of $ 14,502.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,400.00 (see **Exhibit 2**), yielded net receipts of $12,102.20 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,152.95 | 5,152.95 | 5,152.95 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 123,500.00 | 41,087.49 | 41,087.49 | 6,949.25 |
| **TOTAL DISBURSEMENTS** | $123,500.00 | $46,240.44 | $46,240.44 | $12,102.20 |

4) This case was originally filed under Chapter 7 on December 10, 2009. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/02/2011          By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Harley Davidson Heritage Soft tail | 1129-000 | 14,500.00 |
| Interest Income | 1270-000 | 2.20 |
| **TOTAL GROSS RECEIPTS** | | **$14,502.20** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael Lewayne Walker | Payment of Debtor's Exemption re: 2008 Harley Davidson | 8100-002 | 2,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,400.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,960.16 | 1,960.16 | 1,960.16 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,570.00 | 1,570.00 | 1,570.00 |
| Kegel Motorcycle Company, Inc. | 3610-000 | N/A | 1,450.00 | 1,450.00 | 1,450.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| Kegel Motorcycle Company, Inc. | 3620-000 | N/A | 160.73 | 160.73 | 160.73 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.06 | 12.06 | 12.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,152.95 | 5,152.95 | 5,152.95 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Allyson Walker | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 26,000.00 | 25,883.67 | 25,883.67 | 4,377.78 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 7,500.00 | 8,861.64 | 8,861.64 | 1,498.80 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 6,000.00 | 5,900.08 | 5,900.08 | 997.90 |
| 4 | Chase Bank USA,N.A | 7100-000 | 600.00 | 442.10 | 442.10 | 74.77 |
| NOTFILED | Bank One Mortgage | 7100-000 | 67,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Hyundai Motor Finance Company | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 16,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 123,500.00 | 41,087.49 | 41,087.49 | 6,949.25 |

**UST Form 101-7-TDR (10/1/2010)**

Document Page 5 of 8

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-75464  
**Case Name:** WALKER, MICHEAL LEWAYNE  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/10/09 (f)  
**§341(a) Meeting Date:** 01/14/10  

**Period Ending:** 01/27/11  
**Claims Bar Date:** 04/21/10  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Cash<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 100.00 | 100.00 | DA | 0.00 | FA |
| 2 Checking at Chase Bank<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 350.00 | 350.00 | DA | 0.00 | FA |
| 3 Savings account at Chase Bank<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 10.00 | 10.00 | DA | 0.00 | FA |
| 4 Security deposit with landlord Andrew Schwartz<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 900.00 | 900.00 | DA | 0.00 | FA |
| 5 Furniture, furnishings, appliances and misc. oth<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 6 Books, pictures, videos, music cds and misc. oth<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 500.00 | 500.00 | DA | 0.00 | FA |
| 7 Debtor's clothing<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 Watch, misc. items<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 Golf clubs, misc. sporting goods and recreationa<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 Term with work<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 401k<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 12 2008 Harley Davidson Heritage Soft tail | 10,000.00 | 7,600.00 | DA | 14,500.00 | FA |

Printed: 01/27/2011 09:56 AM   V.12.56

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75464  
**Case Name:** WALKER, MICHEAL LEWAYNE  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/10/09 (f)  
**§341(a) Meeting Date:** 01/14/10  

**Period Ending:** 01/27/11  
**Claims Bar Date:** 04/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | Debtor drives a vehicle belonging to his girlfri<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Misc. household tools and implements<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 250.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 2.20 | FA |
| 15 | Assets  Totals (Excluding unknown values) | **$22,110.00** | **$9,710.00** |  | **$14,502.20** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  December 31, 2010   **Current Projected Date Of Final Report (TFR):**  June 30, 2010 (Actual)

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-75464 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | WALKER, MICHEAL LEWAYNE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******38-65 - Money Market Account |
| Taxpayer ID #: | **-***5428 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 01/27/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/25/10 | | Kegel Motorcycle Company, Inc. | Sale of 2008 Harley Davidson Heritage Soft Tail motorcycle | | 12,889.27 | | 12,889.27 |
| | {12} | | Sale of 2008 Harley Davidson Heritage motorcycle    14,500.00 | 1129-000 | | | 12,889.27 |
| | | | Commission    -1,450.00 | 3610-000 | | | 12,889.27 |
| | | | Repairs to sell motorcycle    -160.73 | 3620-000 | | | 12,889.27 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.14 | | 12,889.41 |
| 06/07/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #09-75464 | 2300-000 | | 12.06 | 12,877.35 |
| 06/28/10 | 1002 | Michael Lewayne Walker | Payment of Debtor's Exemption re: 2008 Harley Davidson | 8100-002 | | 2,400.00 | 10,477.35 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.74 | | 10,478.09 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.68 | | 10,478.77 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.62 | | 10,479.39 |
| 09/08/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.02 | | 10,479.41 |
| 09/08/10 | | To Account #9200******3866 | Transfer to Closed Money Market Account | 9999-000 | | 10,479.41 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,891.47 | 12,891.47 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,479.41 | |
| | | | Subtotal | | 12,891.47 | 2,412.06 | |
| | | | Less: Payments to Debtors | | | 2,400.00 | |
| | | | NET Receipts / Disbursements | | $12,891.47 | $12.06 | |

{} Asset reference(s)                                    Printed: 01/27/2011 09:56 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-75464 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | WALKER, MICHEAL LEWAYNE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******38-66 - Checking Account |
| Taxpayer ID #: | **-***5428 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 01/27/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/08/10 | | From Account #9200******3865 | Transfer to Closed Money Market Account | 9999-000 | 10,479.41 | | 10,479.41 |
| 09/08/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,570.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,570.00 | 8,909.41 |
| 09/08/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,960.16, Trustee Compensation;  Reference: | 2100-000 | | 1,960.16 | 6,949.25 |
| 09/08/10 | 103 | PYOD LLC its successors and assigns as assignee of | Dividend paid  16.91% on $25,883.67; Claim# 1; Filed: $25,883.67; Reference: | 7100-000 | | 4,377.78 | 2,571.47 |
| 09/08/10 | 104 | Chase Bank USA, N.A. | Dividend paid  16.91% on $8,861.64; Claim# 2; Filed: $8,861.64; Reference: | 7100-000 | | 1,498.80 | 1,072.67 |
| 09/08/10 | 105 | Chase Bank USA, N.A. | Dividend paid  16.91% on $5,900.08; Claim# 3; Filed: $5,900.08; Reference: | 7100-000 | | 997.90 | 74.77 |
| 09/08/10 | 106 | Chase Bank USA,N.A | Dividend paid  16.91% on $442.10; Claim# 4; Filed: $442.10; Reference: | 7100-000 | | 74.77 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 10,479.41 | 10,479.41 | $0.00 |
| | Less: Bank Transfers | 10,479.41 | 0.00 | |
| | Subtotal | 0.00 | 10,479.41 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $10,479.41 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******38-65 | 12,891.47 | 12.06 | 0.00 |
| Checking # 9200-******38-66 | 0.00 | 10,479.41 | 0.00 |
| | $12,891.47 | $10,491.47 | $0.00 |

{} Asset reference(s)    Printed: 01/27/2011 09:56 AM    V.12.56